1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NOEL BERMUDEZ,<br><br>    Defendant. | Case No.  1:20-po-00301-SAB-1<br><br>ORDER AMENDING DEFENDANT INFORMATION ON CITATION NO. CA829455215 AND DIRECTING CLERK OF THE COURT TO SEND A COPY OF THIS ORDER TO THE CENTRAL VIOLATIONS BUREAU |

On August 16, 2020, citation no CA829455215 was issued for a vehicle that was parked in a red fire zone and impeding the ramp area.  The citation was issue to Noel Bermudez, the registered owner, and left on the vehicle.  On November 19, 2020, Guadalupe Olmedo made an initial appearance on the citation, stating that she was the driver of the vehicle on August 16, 2020 and would take responsibility for the citation.

According, IT IS HEREBY ORDERED that the defendant information in the above referenced action shall amended as follows:

Guadalupe Olmedo,
1208 Kensington St. Apt. B
Delano, CA 93215

The Clerk of the Court is directed to send a copy of this order to the Central Violations Bureau.

IT IS SO ORDERED.

Dated:   __**November 19, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE

1